NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
Kimberly.Frayn@usdoj.gov

*Representing the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-268-JAD-CWH |
| Plaintiff | |
| vs. | **Motion to Dismiss Indictment And Quash Arrest Warrants as to Defendants 3, 5, and 6.** |
| JIN HO SONG (3), JONG YUN LEE (5), and MYOUNG SOOK SONG (6), | |
| Defendants. | |

The government hereby moves for leave of the Court to dismiss the charges against JIN HO SONG (3), JONG YUN LEE (5), and MYOUNG SOOK SONG (6), contained in the Indictment (ECF 1), which was filed on or about July 24, 2012, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The government also moves to quash the warrants, issued contemporaneously with the Indictment, for the arrest of JIN HO SONG

/ / /
/ / /
/ / /

(3), JONG YUN LEE (5), and MYOUNG SOOK SONG (6), who remain fugitives and are believed to be residing in an unknown country but not in the United States.


DATED this 26th day of February, 2019.


Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-268-JAD-CWH |
| Plaintiff | |
| vs. | **[Proposed] Order of Dismissal and Quashing the Arrest Warrants as to Defendants 3, 5, and 6.** |
| JIN HO SONG (3), JONG YUN LEE (5), and MYOUNG SOOK SONG (6), | |
| Defendants. | |

IT IS HEREBY ORDERED that the government is granted leave to dismiss the charges against JIN HO SONG (3), JONG YUN LEE (5), and MYOUNG SOOK SONG (6), contained in the Indictment (ECF 1), which was filed on or about July 24, 2012, in the above captioned case.

IT IS FURTHER ORDERED that the government's motion to quash the warrants, issued contemporaneously with the Indictment, for the arrest of JIN HO SONG (3), JONG YUN LEE (5), and MYOUNG SOOK SONG (6) is granted.

IT IS FURTHER ORDERED that the Indictment is dismissed as to JIN HO SONG (3), JONG YUN LEE (5), and MYOUNG SOOK SONG (6).

IT IS FURTHER ORDERED that the arrest warrants for JIN HO SONG (3),

/ / /
/ / /
/ / /

JONG YUN LEE (5), and MYOUNG SOOK SONG (6) are quashed.

DATED: _27_ day of _February_, 2019.

_____
U.S. MAGISTRATE JUDGE